NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

O2 MICRO INTERNATIONAL LTD. AND O2 MICRO INC.,
*Appellants,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

**and**

MICROSEMI CORPORATION,
*Intervenor.*

---

2010-1482

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-666.

---

**ON MOTION**

---

**ORDER**

Upon consideration of the motion to withdraw K.T. Cherian and to substitute Henry C. Bunsow as principal counsel for O2 Micro International Ltd. and O2 Micro Inc.,

It Is Ordered That:

The motion is granted. Counsel for O2 Micro Inc. and O2 Micro International Ltd. should promptly file new entries of appearance indicating their present firm affiliation if they have not already done so.

For The Court

__MAR 2 8 2011__                    /s/ Jan Horbaly
Date                                Jan Horbaly
                                    Clerk

cc: Henry C. Bunsow, Esq.
    K.T. Cherian, Esq.
    Daniel E. Valencia, Esq.
    Mark W. Yocca, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 8 2011

JAN HORBALY
CLERK